JS-6

ANDREW V. JABLON (SBN 199083)
E-Mail: ajablon@rpblaw.com
STACEY N. KNOX (SBN 192966)
E-Mail: sknox@rpblaw.com
RESCH POLSTER & BERGER LLP
1840 Century Park East, 17th Floor
Los Angeles, California 90067
Telephone: 310-277-8300
Facsimile: 310-552-3209

Attorneys for Plaintiff STJ Enterprise, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STJ ENTERPRISE, INC., | Case No. CV 20-5523-GW-ASx |
| Plaintiff, | |
| vs. | **ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(a)** |
| DENIM PLACE, INC. dba MODERNO; MOHAMAD MATAR, an individual; and DOES 1 through 10, | Judge: Honorable, George H. Wu |
| Defendants. | Trial Date:      None Set |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

793696.1

RESCH POLSTER & BERGER LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER:**

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1.    This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a);

2.    The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.


**SO ORDERED.**


DATED:  December 14, 2020

_____

Honorable George H. Wu
United States District Court Judge